IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ULISES SANTAMARIA,

    Petitioner,                    No. CIV S-08-1797 DAD P

    vs.

BRUNO STOLC, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.[1]

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

/////

---

[1] On August 5, 2008, the court sent petitioner new case documents. For an unknown reason, the documents were returned to the court. On September 4, 2008, the court issued findings and recommendations, recommending that this action be dismissed due to petitioner's failure to keep the court apprised of his address. Petitioner filed objections, noting that his address had not changed. Good cause appearing, the court will vacate the findings and recommendations and re-serve petitioner with the new case documents. The case will proceed in accordance with this order.

1

Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

6. The court's September 4, 2008 findings and recommendations (Doc. No. 6) are vacated.

DATED: October 9, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sant1797.100

2