1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9   ULISES SANTAMARIA,

10          Petitioner,                    No. CIV S-08-1797 WBS DAD P

11       vs.

12   STOLC,

13          Respondent.                    ORDER

14   _____/

15          Petitioner has requested the appointment of counsel.  There currently exists no

16   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20   served by the appointment of counsel at the present time.

21          Accordingly, IT IS HEREBY ORDERED that petitioner's January 15, 2009

22   motion for appointment of counsel (Doc. No. 18) is denied.

23    DATED: January 27, 2009.

24

25                                        _____
                                          DALE A. DROZD
26   DAD:9:md                             UNITED STATES MAGISTRATE JUDGE
     sant1797.110