IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ULISES SANTAMARIA,

    Petitioner,               No. CIV S-08-1797 WBS DAD P

    vs.

STOLC, Warden,

    Respondent.            ORDER

_____/

        Petitioner has filed a second motion for the appointment of counsel. As the court previously advised petitioner, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 16, 2009 motion for appointment of counsel (Doc. No. 21) is denied.

DATED: March 20, 2009.

                                    /s/ Dale A. Drozd
DAD:9:mp                             DALE A. DROZD
sant1797.110(2)                  UNITED STATES MAGISTRATE JUDGE